IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOHN J. DUFF, | ) |
| | ) |
|     Plaintiff, | )  Civil Action No. 5:11cv103 |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | )  By:  Michael F. Urbanski |
| Commissioner of Social Security, | )       United States District Judge |
| | ) |
|     Defendant. | ) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** and **ADJUDGED** that the plaintiff's motion for summary judgment (Docket #12) is **GRANTED**, that the Commissioner's motion for summary judgment (Docket #14) is **DENIED**, that the this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with this Memorandum Opinion, and that this matter is **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: January 31, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge